437 A.2d 1032

Commonwealth v. Dumas, Appellant.

Submitted April 16, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

BEfore PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

437 A.2d 1032

Commonwealth v. Garrett, Appellant.

Petition for Allowance of Appeal Denied Dec. 14, 1981.

Submitted April 16, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.